J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
jssimms@simmsshowers.com
201 International Circle, Suite 250
Baltimore, Maryland  21030
Telephone:   410-783-5795
Facsimile:    410-510-1789

Counsel

Gary R. Clouse
gclouse@iccolaw.com
Isaacs Clouse Crose & Oxford LLP
401 Wilshire Boulevard
12th Floor Penthouse
Santa Monica, CA 90401
Telephone:  310-458-3860

Local Counsel

Attorneys for Plaintiff
MONTEMP MARITIME LTD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEMP MARITIME LTD, <br><br>          Plaintiff, <br><br>      vs. <br><br> HANJIN SHIPPING CO., LTD., <br><br>          Defendant, <br><br>      and <br><br> AIR SEA TRANSPORT INC., APEX MARITIME CO. (LAX), INC., ARES | Case No.: _____ <br><br> **IN ADMIRALTY** <br><br> **VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B** |

VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME
GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B – 1

| | |
|---|---|
| INTERNATIONAL LOGISTICS INC., ATC LOGISTICS, INC., BNX SHIPPING, INC., BOLLORE LOGISTICS USA, COHESION FREIGHT (USA) INC., CONCORD PACIFIC INTERNATIONAL, INC., CTC LOGISTICS (L.A.) INC., FELIX LOGISTICS, INC., HAPAG-LLOYD (AMERICA) INC., HEADWIN GLOBAL LOGISTICS (USA) INC., INNERPOINT CORP., KESCO LOGISTICS INC., LAUFER GROUP INTERNATIONAL LTD., LG ELECTRONICS ALABAMA, INC., NISSIN INTERNATIONAL TRANSPORT U.S.A., INC., OEC LOGISTICS, INC., PEGASUS MARITIME, INC., SAMSUNG ELECTRONICS AMERICA, INC., TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC., SHIPCO TRANSPORT INC., TRIUMPH LINK LOGISTICS, INC., VANGUARD LOGISTICS SERVICES (USA), INC., and YUEXIN GLOBAL LOGISTICS (USA) CO. LTD.<br><br>          Garnishees. | |

Plaintiff MONTEMP MARITIME LTD ("Montemp") brings this action against Defendant HANJIN SHIPPING CO., LTD. ("Hanjin") *in personam* and *quasi in rem* pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, and states as follows:

**Jurisdiction and Venue**

VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B – 2

1. This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. § 1333, Supplemental Rule B for Certain Admiralty and Maritime Claims, and Fed. R. Civ. P. 9(h).

2. Venue is proper in this District because the Garnishees are located and can be found in this District. Defendant cannot be not found in this District within the meaning of Supplemental Rule B.

## The Parties

3. Montemp is a Liberian limited partnership and has its principal place of business at 5th Floor, Portman House, 2 Portman Street, London, W1H 6DU, United Kingdom. At all times relevant to this action, Montemp was the owner of the M/V HANJIN LOUISIANA (the "Vessel").

4. Hanjin is a Korean corporation and has its principal place of business at 79-9, Jungang-dong 4-ga, Jung-gu, Busan, 600-755, South Korea. At all times relevant to this action, Hanjin was the charterer and operator of the Vessel

5. The Garnishees named herein are entities registered to do business, and with offices located, in this District. On information and belief, each of the Garnishees hold accounts and/or property in which Hanjin has an interest

## Factual Background

6. On or about May 16, 2011, Montemp and Hanjin entered into a time charter party (the "Time Charter") pursuant to which Montemp agreed to charter the Vessel to Hanjin.

7. Pursuant to the Time Charter, Hanjin was obligated to make periodic charter hire payments to Montemp.

8. In breach of its obligations under the Time Charter, Hanjin failed to make the required charter hire payments due on June 30, July 15, July 30, August 14, and August 29 of this year.

9. As a result of Hanjin's breach of the Time Charter, Montemp has suffered damages of at least USD 1,688,345.70 to date.

10. Montemp anticipates incurring additional damages of USD 719,905.48 for each subsequent month, beginning with September, 2016, that Hanjin fails to make charter hire payments.

11. Montemp further anticipates incurring at least an additional USD 500,000.00 in damages, including (but not limited to) attorneys' fees and costs associated with forthcoming High Court proceedings in London, for which Hanjin is liable pursuant to the Time Charter.

### Count I: Breach of Maritime Contract

12. Montemp incorporates the above paragraphs as if fully set forth herein.

VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B – 4

13. Hanjin has breached its maritime contract with Montemp (to wit, the Time Charter) as set out more fully above.

14. Despite demand, Montemp remains unpaid for the amounts it is owed, and for amounts it anticipates expending in litigation, caused by Hanjin's breach of maritime contract.

15. Montemp therefore demands judgment against Hanjin as set forth more fully below.

**Count II: Maritime Attachment and Garnishment – Supplemental Rule B**

16. Montemp incorporates the above paragraphs as if fully set forth herein.

17. Montemp seeks issue of process of maritime attachment and garnishment so that it may obtain security for its claims, including its contractual attorneys' fees and costs.

18. No security for Montemp's claims has been posted by Hanjin or anyone acting on its behalf to date.

19. Hanjin cannot be found within this district within the meaning of Rule B, but is believed to have, or will have during the pendency of this action, property and/or assets in this jurisdiction consisting of cash, funds, freight, hire, and/or credits in the hands of Garnishees in this District.

20. The Court should therefore issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Supplemental Rule B, attaching all tangible or intangible property or any funds held by the Garnishees on behalf of, for the benefit of, and/or for the account of Hanjin, up to the amount of at least the amount demanded herein to secure Montemp's claim, and that all persons claiming any interest in the same be cited to appear and, pursuant to Supplemental Rule B, answer the matters alleged in this Verified Original Complaint.

WHEREFORE, Montemp prays:

A. That process in due form of law issue against Hanjin, citing it to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B. That since Hanjin cannot be found within this District pursuant to Rule B, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Hanjin's tangible or intangible property or any other funds held by any garnishee, which are due and owing to Hanjin, up to the amount of at least **USD 1,688,345.70** to secure Montemp's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

C. That since it appears that the U.S. Marshal's Service lacks sufficient staff to effect service of process of Maritime Attachment and Garnishment promptly or economically, and that since appointing a person over 18 years of age and who is not a party to this action will result in substantial economies in time and expense, such a person be appointed pursuant to Fed. R. Civ. P. 4(c) to serve process of Maritime Attachment and Garnishment in this action;

VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME
GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B – 6

D. That Montemp may have such other, further and different relief as may be just and proper.

Dated: August 31, 2016.

*/s/ J. Stephen Simms*
J. Stephen Simms (*pro hac vice* pending)
jssimms@simmsshowers.com
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland  21030
Telephone:   410-783-5795
Facsimile:   410-510-1789

Montemp Counsel

Gary R. Clouse
gclouse@iccolaw.com
Isaacs Clouse Crose & Oxford LLP
401 Wilshire Boulevard
12th Floor Penthouse
Santa Monica, CA 90401
Telephone:   310-458-3860

Montemp Local Counsel

VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B – 7

# **VERIFICATION**

I am a principal of the law firm of Simms Showers. LLP, counsel to Plaintiff. I verify under solemn affirmation that the facts alleged in the foregoing are true and correct to the best of my knowledge and information based upon the records of plaintiff made available to me by plaintiff.

I further verify that defendant Hanjin Shipping Co., Ltd. cannot be found within this District within the meaning of Supplemental Rule B. There is no corporate officer of plaintiff readily available in the District to make this verification. I am authorized by plaintiff to make this affidavit. I state that on behalf of plaintiff, an electronic records search for defendant was completed in the records of the California Secretary of State, Corporate Division, finding no resident agent or corporate registration for defendant Hanjin Shipping Co., Ltd. in this District, and that according to Directory Assistance there is no telephone listing for defendant Hanjin Shipping Co., Ltd. within any area code in this District.

Pursuant to 28 U.S.C. § 1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2016.


                             */s/ J. Stephen Simms*
                             J. Stephen Simms

VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF WRITS OF MARITIME GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B – 8